DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WAYMON TK MILLEDGE SWILLEY, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2275

_____

February 7, 2025

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Pinellas County; Larry Keith Meyer, Jr., Judge.

PER CURIAM.

 Affirmed.

SILBERMAN, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.